**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**ASHLEY JUSTINE PANDER**

     **Petitioner,**

**v.**                                      **Case No. 4:25cv355/MCR/MAL**

**WARDEN FCI TALLAHASSEE**

     **Respondent.**
_____/

## O R D E R

The magistrate judge issued a Report and Recommendation dated October 30, 2025. ECF No. 7. Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this order.

2. Petitioner Pander's petition under 28 U.S.C. § 2241 (ECF No. 2) is DISMISSED without prejudice for failure to comply with an order of the Court.

3.      The clerk is directed to close the case file.

**DONE and ORDERED** this 1st day of May 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 4:25cv355/MCR/MAL